# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LEOLA MARIE PIRTLE**                                                                       **PLAINTIFF**

**V.**                       **NO. 4:23-CV-00741 BRW-JTK**

**COMMISSIONER of**
**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 1st day of July, 2024.

                                                                                     Billy R. Wilson
                                                          UNITED STATES DISTRICT JUDGE